IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| ARMANDO RAMIREZ<br><br>    Plaintiff- Appellant,<br><br>v.<br><br>WARDEN FCI OTISVILLE<br><br>    Defendants - Appellees. | CASE NO.   3:22-cv-73<br><br>Appeal No. 23-10491-J |

ORDER

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this 24th day of MAY, 2023.

HONORABLE DUDLEY H. BOWEN, JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA